ERIC O. JEPPSON (SBN 212287)
BRIAN E. HAMILTON (SBN 295994)
**HUNT JEPPSON & GRIFFIN, LLP**
1478 Stone Point Drive, Suite 100
Roseville, CA 95661
Telephone: (916) 780-7008
Facsimile: (916) 780-7118

Attorneys for Plaintiff
MATTHEW DAVIES

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION
–o0o–

| | |
|---|---|
| MATTHEW DAVIES<br><br>Plaintiff,<br><br>v.<br><br>PREMIER COMMUNITY CREDIT UNION, A NONPROFIT CORPORATION; EQUIFAX INC., A CORPORATION; EXPERIAN INFORMATION SOLUTIONS, INC., A CORPORATION; TRANS UNION LLC, A LIMITED LIABILITY COMPANY,<br><br>Defendants. | CASE NO. 2:17-cv-01180-TLN-CKD<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO DISMISS** |

IT IS HEREBY STIPULATED by and between the parties, Plaintiff Matthew Davies, an individual ("Plaintiff") and Defendant Premier Community Credit Union ("PCCU"), a nonprofit corporation ("Defendant"), by and through their respective attorneys of record as follows:

1. Plaintiff has reached a settlement agreement with Trans Union, LLC ("Trans Union") and, as such, Plaintiff and Trans Union anticipate filing a Stipulation and Proposed Order of Dismissal shortly, once the settlement is consummated. The purpose of this stipulation is to allow Plaintiff additional time to negotiate a resolution with the other two defendants, Equifax, Inc. ("Equifax") and Experian Information Solutions, Inc. ("Experian"). Plaintiff hopes that such a resolution will obviate the need for PCCU's motion to dismiss and allow both parties

- 1 -

to avoid the unnecessary cost to litigate the motion.

2. Defendant PCCU's Motion to Dismiss is currently set for hearing on August 24, 2017 at 2:00 p.m. in Courtroom No. 2. If the Parties' stipulation is approved by the Court, the Motion to Dismiss will be continued to September 21, 2017 at 2:00 p.m. in Courtroom No. 2. Plaintiff's opposing papers will be due not less than 14 calendar days prior to the date of the continued hearing of September 21, 2017.

3. A scheduling conference has not yet been set in this matter.

4. The Parties also agree that, should any of the above-referenced proposed dates be inconvenient or unacceptable for any reason, the Court has the discretion to set other dates which are more convenient or acceptable. However, counsel request that, in any event, the current proposed dates in this matter be continued to some date at least 30 days after August 24, 2017, but not during the month of October, during which counsel for PCCU will be unavailable.

Dated: August 4, 2017                **HUNT JEPPSON & GRIFFIN, LLP**

BY:   /S/ Brian E. Hamilton
          Brian E. Hamilton
Attorney for Plaintiff
MATTHEW DAVIES

Dated: August 4, 2017                **ROXANNE T. DANERI, P.C.**

BY:   */S/ROXANNE T. DANERI*
          Roxanne T. Daneri
Attorney for Defendant
PREMIER COMMUNITY CREDIT UNION

Dated: August 4, 2017                **JONES DAY**

BY:   /S/ Donna Woo
          Donna Woo
Attorney for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

Dated: August 4, 2017

**NOKES & QUINN**

BY: /S/ Thomas P. Quinn Jr.
Thomas P. Quinn Jr.
Attorney for Defendant
EQUIFAX INC.

Dated: August 4, 2017

**SCHUCKIT & ASSOCIATES PC**

BY: /S/ Scott E. Brady
Scott E. Brady
Attorneys for Defendant
TRANS UNION, LLC

## ORDER

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby issues and Order to:

1. Continue the hearing on Defendant Premier Community Credit Union's Motion to Dismiss from August 24, 2017 at 2:00 p.m., to September 21, 2017 at 2:00 p.m., with Plaintiff's opposing papers to be filed and served not less than 14 calendar days prior to the continued hearing date.

IT IS SO ORDERED.

Date: August 4, 2017

Troy L. Nunley
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO DISMISS