Eric O. Jeppson (SBN 212287)
Brian E. Hamilton (SBN 295994)
**Hunt Jeppson & Griffin, LLP**
1478 Stone Point Drive, Suite 100
Roseville, CA 95661
Telephone: (916) 780-7008
Facsimile: (916) 780-7118

Attorneys for Plaintiffs
MATTHEW DAVIES
MOLLY THOMPSON

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

–o0o–

| | |
|---|---|
| MATTHEW DAVIES; MOLLY THOMPSON<br><br>Plaintiffs,<br><br>v.<br><br>PREMIER COMMUNITY CREDIT UNION, A NONPROFIT CORPORATION; EQUIFAX INC., A CORPORATION; EXPERIAN INFORMATION SOLUTIONS, INC., A CORPORATION,<br><br>Defendants. | CASE NO. 2:17-cv-01180-TLN-CKD<br><br>**STIPULATION AND ORDER FOR FILING OF AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiffs may file an Amended Complaint, a copy of which is attached hereto.

IT IS FURTHER STIPULATED that Defendants waive notice and service of the Amended Complaint. Defendants Equifax, Inc. and Experian Information Solutions, Inc., (collectively referred to hereinafter as "Reporting Agency Defendants") shall not be required to answer the Amended Complaint, and that all denials, responses, and affirmative defenses

- 1 -

STIPULATION AND ORDER FOR FILING OF AMENDED COMPLAINT

contained in the answers filed by the Reporting Agency Defendants to the original Complaint shall be responsive to the Amended Complaint.

Dated: September 8, 2017      **HUNT JEPPSON & GRIFFIN, LLP**

BY:    /s/ Brian E. Hamilton
       Brian E. Hamilton
Attorney for Plaintiff
**MATTHEW DAVIES**

Dated: September 8, 2017      **ROXANNE T. DANERI, P.C.**

BY:    /s/ Roxanne T. Daneri
       Roxanne T. Daneri
Attorney for Defendant
**PREMIER COMMUNITY CREDIT UNION**

Dated: September 8, 2017      **JONES DAY**

BY:    /s/ Donna Woo
       Donna Woo
Attorney for Defendant
**EXPERIAN INFORMATION SOLUTIONS, INC.**

Dated: September 8, 2017      **NOKES & QUINN**

BY:    /s/ Thomas P. Quinn Jr.
       Thomas P. Quinn Jr.
Attorney for Defendant
**EQUIFAX INC.**

Dated: September 8, 2017      **SCHUCKIT & ASSOCIATES, P.C.**

BY:    /s/ Scott E. Brady
       Scott E. Brady
Attorney for Defendant
**TRANS UNION, LLC**

**ORDER**

The Court, having reviewed the Stipulation of the Parties and good cause appearing, therefore:

**IT IS HEREBY ORDERED** that Plaintiffs Matthew Davies and Molly Thompson are granted leave to file an Amended Complaint, **which is to be filed with the Court within ten (10) days of this Order.**

**IT IS ALSO ORDERED** that Defendant Premier Community Credit Union's responsive pleading shall be due thirty (30) days after the Amended Complaint is filed. Defendants Equifax, Inc. and Experian Information Solutions, Inc. (collectively referred to hereinafter as "Reporting Agency Defendants") shall not be required to answer the Amended Complaint, and all denials, responses, and affirmative defenses contained in the answers filed by the Reporting Agency Defendants to the original Complaint shall be responsive to the Amended Complaint.

IT IS SO ORDERED.

Dated: September 8, 2017

_____
Troy L. Nunley
United States District Judge

- 3 -
STIPULATION AND ORDER FOR FILING OF AMENDED COMPLAINT