ERIC O. JEPPSON (SBN 212287)
BRIAN E. HAMILTON (SBN 295994)
**HUNT JEPPSON & GRIFFIN, LLP**
1478 Stone Point Drive, Suite 100
Roseville, CA 95661
Telephone: (916) 780-7008
Facsimile: (916) 780-7118

Attorneys for Plaintiff
MATTHEW DAVIES
MOLLY THOMPSON

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

–o0o–

| | |
|---|---|
| MATTHEW DAVIES<br><br>Plaintiff,<br><br>v.<br><br>PREMIER COMMUNITY CREDIT UNION, A NONPROFIT CORPORATION; EQUIFAX INC., A CORPORATION; EXPERIAN INFORMATION SOLUTIONS, INC., A CORPORATION; TRANS UNION LLC, A LIMITED LIABILITY COMPANY,<br><br>Defendants. | CASE NO. 2:17-cv-01180-TLN-CKD<br><br>**PLAINTIFF MATTHEW DAVIES' REQUEST AND ORDER TO SEAL AND REDACT PURSUANT TO FRCP 5.2 AND LOCAL RULE 140** |

IT IS HEREBY REQUESTED that the Court order the Office of the Clerk to seal and redact all birth dates, financial account numbers, and social security numbers appearing on Exhibit F to Plaintiff's Complaint (ECF No. 1) and Exhibit F to Exhibit A to Plaintiff's Motion for Leave to File an Amended Complaint (ECF No. 19) pursuant to Federal Rule of Civil Procedure 5.2 and Local Rule 140(a).

On June 6, 2017, Plaintiff Matthew Davies filed the Complaint that initiated the current action. Compl., ECF No. 1. Exhibit F to the Complaint included an excerpt of Mr. Davies' credit report, which erroneously included unredacted birth dates, financial account numbers, and social security numbers. Compl., Ex. F, ECF No. 1. On September 8, 2017, Mr. Davies filed a Motion

for Leave to File an Amended Complaint. Pl.'s Mot. for Leave to File Am. Compl., ECF. 19. The proposed amended complaint attached to the Motion as Exhibit A also included the same attachment, with unredacted birth dates, financial account numbers, and social security numbers, that was attached to the original Complaint. Pl.'s Mot. for Leave to File Am. Compl., Ex. F to Ex. A, ECF No. 19.

Mr. Davies has been advised by the Eastern District of California's Clerk's Office that an exhibit attached to the proposed amended complaint included an unredacted birth date. In reviewing the filed documents, it came to Mr. Davies' attention that a number of birth dates, financial account numbers, and social security numbers appeared on the same exhibit to both the Complaint and the proposed amended complaint.

A party making a filing must omit, inter alia, full dates of birth, full financial account numbers, or full social security numbers. Fed. R. Civ. P. 5.2; E.D. Cal. R. 140. This requirement includes attachments. E.D. Cal. R. 140(a). The redactions should only leave the last four digits of financial account numbers and social security numbers, and the year from dates of birth. E.D. Cal. R. 140(a)(ii)–(iii). Mr. Davies now brings this request for the Court to order the Clerk to seal and redact the birth dates, financial account numbers, and social security numbers present on both the Complaint and Motion for Leave to File an Amended Complaint.

Dated: September 11, 2017    HUNT JEPPSON & GRIFFIN, LLP

/s/ BRIAN E. HAMILTON
Eric O. Jeppson
Brian E. Hamilton
Attorney for Plaintiffs
MATTHEW DAVIES
MOLLY THOMPSON

# ORDER

The Court, having reviewed the Request to Seal and Redact and good cause appearing, therefore:

**IT IS HEREBY ORDERED** that the Office of the Clerk shall seal Exhibit F to Plaintiff's Complaint (ECF No. 1) and Exhibit F to Exhibit A to Plaintiff's Motion for Leave to File an Amended Complaint (ECF No. 19) pursuant to Federal Rule of Civil Procedure 5.2 and Local Rule 140(a). Plaintiff shall file redacted versions of said documents with the Clerk of Court which shall be placed on the docket.

IT IS SO ORDERED.

Dated: September 11, 2017

Troy L. Nunley
United States District Judge