Eric O. Jeppson (SBN 212287)
Brian E. Hamilton (SBN 295994)
**Hunt Jeppson & Griffin, LLP**
1478 Stone Point Drive, Suite 100
Roseville, CA 95661
Telephone: (916) 780-7008
Facsimile: (916) 780-7118

Attorneys for Plaintiffs
Matthew Davies
Molly Thompson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

–o0o–

| | |
|---|---|
| Matthew Davies; Molly Thompson<br><br>Plaintiffs,<br><br>v.<br><br>Premier Community Credit Union, a nonprofit corporation; Equifax Inc., a corporation; Experian Information Solutions, Inc., a corporation; Trans Union LLC, a limited liability company,<br><br>Defendants. | Case No. 2:17-cv-01180-TLN-CKD<br><br>**Stipulation and Order to Extend the Time for Defendant Premier Community Credit Union to File a Responsive Pleading** |

IT IS HEREBY STIPULATED by and between the parties, Plaintiffs Matthew Davies, an individual, and Molly Thompson, an individual ("Plaintiffs") and Defendant Premier Community Credit Union ("PCCU"), a nonprofit corporation, by and through their respective attorneys of record as follows:

1. The Court issued an Order on September 11, 2017 allowing Plaintiffs to file an Amended Complaint and ordering PCCU to file a responsive pleading within thirty (30) days after Plaintiffs file their Amended Complaint. Plaintiffs filed their Amended Complaint on September 14, 2017. Order Granting Mot. to File Am. Compl. 3, ECF No. 20. Consistent with

the Court's Order, PCCU's responsive pleading is now due on October 16, 2017.

2. No prior extensions of time for PCCU to respond to the Amended Complaint have been obtained by the parties.

3. Plaintiffs have reached tentative agreements to settle their disputes with Defendants Equifax, Inc., Experian Information Solutions, Inc., and Trans Union, LLC (collectively referred to hereinafter as "Reporting Agency Defendants"). Once final settlement agreements have been executed between Plaintiffs and Reporting Agency Defendants, Plaintiffs intend to dismiss Reporting Agency Defendants from the action.

4. PCCU has expressed that it intends to file a motion to dismiss Plaintiffs' Amended Complaint. Dismissal of the Reporting Agency Defendants will affect whether PCCU will file such a motion or what grounds such motion will be based upon.

5. Accordingly, Plaintiffs and PCCU have stipulated to extend the deadline for PCCU to file a responsive pleading from October 16, 2017 until November 6, 2017.

6. Based on this stipulation and pursuant to Fed. R. Civ. P. 6(b) and L.R. 144(a), Plaintiffs and PCCU respectfully request that the Court order that PCCU's responsive pleading shall now be due on November 6, 2017.

Dated: October 16, 2017              **HUNT JEPPSON & GRIFFIN, LLP**

                                     BY:   /S/ Brian E. Hamilton
                                           Brian E. Hamilton
                                     Attorney for Plaintiffs
                                     MATTHEW DAVIES
                                     MOLLY THOMPSON

Dated: October 16, 2017              **ROXANNE T. DANERI, P.C.**

                                     BY:   /S/ *Roxanne T. Daneri*
                                           Roxanne T. Daneri
                                     Attorney for Defendant
                                     PREMIER COMMUNITY CREDIT UNION

# ORDER

The Court, having reviewed the Stipulation of the Parties and good cause appearing, therefore:

**IT IS HEREBY ORDERED** that Defendant Premier Community Credit Union's responsive pleading shall be due on November 6, 2017.

IT IS SO ORDERED.

Dated: October 16, 2017

_____
Troy L. Nunley
United States District Judge