Eric O. Jeppson (SBN 212287)
Brian E. Hamilton (SBN 295994)
**Hunt Jeppson & Griffin, LLP**
1478 Stone Point Drive, Suite 100
Roseville, CA 95661
Telephone: (916) 780-7008
Facsimile: (916) 780-7118

Attorneys for Plaintiffs
Matthew Davies
Molly Thompson

# United States District Court
## Eastern District of California
### Sacramento Division

–o0o–

| | |
|---|---|
| Matthew Davies; Molly Thompson<br><br>Plaintiffs,<br><br>v.<br><br>Premier Community Credit Union, a nonprofit corporation; Equifax Inc., a corporation; Experian Information Solutions, Inc., a corporation; Trans Union LLC, a limited liability company,<br><br>Defendants. | Case No. 2:17-cv-01180-TLN-CKD<br><br>**Notice of Voluntary Dismissal** |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Proc. 41(a), Plaintiffs Matthew Davies, an individual, and Molly Thompson, an individual ("Plaintiffs") voluntarily dismiss the above-captioned case with prejudice.

Dated: November 27, 2017                    **Hunt Jeppson & Griffin, LLP**

                                             By:    /s/ Brian E. Hamilton
                                                    Brian E. Hamilton
                                                    Attorney for Plaintiffs
                                                    Matthew Davies
                                                    Molly Thompson